

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:MEM:ss
F. #2018R00494

*610 Federal Plaza*
*Central Islip, New York 11722*

December 20, 2018

By FedEx and ECF

Christopher J. Cassar, Esq.
13 East Carver Street
Huntington, New York 11743

      Re:    United States v. Lawrence Lewis
              Criminal Docket No. 18-0187 (JS)

Dear Mr. Cassar,

      Enclosed is the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, Bates stamped LL 1159 through LL 1220, as well as additional copies of LL 152, LL155, LL 438, LL 553 and the VLC Media Player software. Also enclosed is an Index of the discovery. The Index is not being filed electronically. The government also requests reciprocal discovery from the defendant.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ *Mark E. Misorek*
      Mark E. Misorek
      Christopher C. Caffarone
      Assistant U.S. Attorneys
      (631) 715-7874
      (631) 715-7868

Enclosures
cc:    Clerk of the Court (JS) (by ECF) (without enclosures)