

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:MEM:ss
F. #2018R00494

*610 Federal Plaza*
*Central Islip, New York 11722*

January 7, 2019

<u>By FedEx and ECF</u>

Christopher J. Cassar, Esq.
13 East Carver Street
Huntington, New York 11743

   Re: <u>United States v. Lawrence Lewis</u>
     <u>Criminal Docket No. 18-0187 (JS)</u>

Dear Mr. Cassar,

  Enclosed is the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, Bates stamped LL 1221. Also enclosed is an Index of the discovery. The Index is not being filed electronically. The government also requests reciprocal discovery from the defendant.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

    By: /s/ *Mark E. Misorek*
      Mark E. Misorek
      Christopher C. Caffarone
      Assistant U.S. Attorneys
      (631) 715-7874
      (631) 715-7868

Enclosures
cc: Clerk of the Court (JS) (by ECF) (without enclosures)